# Court of Appeals
# of the State of Georgia

ATLANTA, __October 23, 2013__

*The Court of Appeals hereby passes the following order:*

**A14A0298.  MELISSA KAY SMITH v. JOHN BLAKE PEARCE.**

This appeal stems from a custody proceeding in which Melissa Kay Smith filed a motion to dismiss based on lack of personal jurisdiction, which the trial court denied.  Smith then filed this direct appeal. We lack jurisdiction.

All judgments or orders in child custody cases that award, refuse to change, or modify child custody or hold or decline to hold persons in contempt of such child custody judgment or orders are directly appealable.  The order at issue here, however, did not include any decision as to custody.  Instead, it merely denied the mother's motion to dismiss the case. Therefore, it is an interlocutory ruling that may be appealed only by following the interlocutory appeal procedure of OCGA § 5-6-34 (b). See *Davis v. Davis*, 242 Ga. 322 (249 SE2d 90) (1978).  Appellant's failure to comply with the interlocutory appeal requirements deprives us of jurisdiction to review this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, __10/23/2013__
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*